



GLOBAL ★ ENTRY

TRUSTED TRAVELER NETWORK

Nov 1, 2012

DALLAS/FORT WORTH INTERNATIONAL AIRPORT
Terminal D, International Arrivals 2333
DFW Airport, TX 75261
US

GEORGE ANIBOWEI
934 COLORADO DR
ALLEN, TX 750134851
US

Re: You have been approved to participate in the Global Entry program Membership #982902958

Dear GEORGE ANIBOWEI :

We are pleased to inform you that your U. S. Customs and Border Protection (CBP), Global Entry program membership has been approved. You may use the program as soon as you receive and activate your new Global Entry card.

If you enrolled in Global Entry, you may begin using the kiosk immediately. Global Entry cards are only issued to Global Entry members who are U.S. citizens, Lawful Permanent Residents or Mexican Nationals (who are not current SENTRI members). Global Entry cards are not valid at the Global Entry kiosks.

Please visit globalentry.gov to review the program criteria for detail information.

As a reminder, you must closely adhere to the program requirements and any violation of law or regulation may lead to the revocation of your program participation, and could result in the issuance of a penalty, seizure action, or criminal prosecution. Please periodically review the program requirements provided during your enrollment interview.

Thank you for applying to the CBP's Trusted Traveler Programs. For more information regarding Global Entry, please contact an enrollment center nearest you, or visit globalentry.gov.

Respectfully,

Director, Trusted Traveler Programs
U. S. Customs and Border Protection