PO Box 946
Williston, VT 05495



**U.S. Customs and Border Protection**

March 11, 2016

RE: 982902958

GEORGE ANIBOWEI
934 COLORADO DR
ALLEN TX  750134851

Dear GEORGE ANIBOWEI:

Thank you for your correspondence requesting reconsideration for your Trusted Traveler application. U.S. Customs and Border Protection (CBP) has completed a review of this matter. Please allow me to outline our findings.

Participation in CBP Trusted Traveler Programs is voluntary and is available to persons who pass a comprehensive background check. Applicants may not qualify for participation if they:

- provide false or incomplete information on the application;
- have been convicted of any criminal offense or have pending criminal charges to include outstanding warrants;
- have been found in violation of any Customs, Immigration, or Agriculture regulations or laws in any country;
- are subjects of an investigation by any Federal, State, or local law enforcement agency;
- are inadmissible to the United States under Immigration regulation, including applicants with approved waivers of inadmissibility or parole documentation; or
- cannot satisfy CBP that all eligibility requirements are met.

CBP has determined that you do not meet the eligibility requirements for a Trusted Traveler Program for the reasons originally provided to you on your denial notification letter. If your denial was based on a criminal conviction, customs, agriculture or immigration violation the denial remains unchanged because you did not provide sufficient evidence that CBP used incorrect or erroneous information to make the original denial determination.

If you were denied because you cannot satisfy CBP that all eligibility requirements are met, the decision stands. CBP may use information from other agencies when making eligibility decisions and is prohibited from releasing other agency information.

Applicants who do not qualify for participation are not prohibited from entering the United States. However, they are not permitted to use a Trusted Traveler dedicated lane to do so.

Thank you for your interest in the CBP Trusted Traveler Programs.

Sincerely,

CBP Ombudsman
Trusted Traveler Programs
FAST, NEXUS, SENTRI, GLOBAL ENTRY™