U.S. Department of Homeland Security
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

 **Homeland Security**

June 30, 2016

Mr. George Anibowei
934 Colorado Drive
Allen, TX 75013
United States

Redress Control Number: 2232473

Dear Mr. George Anibowei:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP). DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security. We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause. DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter. We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application. We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist Watchlist. Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

DHS has researched and completed our review of your case. Security procedures and legal concerns mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information. However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

For your general information, here is how redress helps you when traveling:
1. When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations. Providing this information will help prevent misidentifications from occurring during security checks against government records and other information. In most online reservation systems, your redress control number may be entered at the same time you enter your full name and date of birth.
2. When entering the United States from abroad, no additional action is required. Where appropriate, as a result of the redress process, DHS employs a procedure to correct the information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

Despite these positive efforts, we cannot ensure your travel will be delay-free. The redress process does not affect other standard screening procedures in place at airports and borders. For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons. While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases. The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

In your redress inquiry, you raised concerns which fall under the purview of U.S. Customs and Border Protection (CBP). A response will be sent to you separately by CBP to address your concerns.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

*Deborah O. Moore*

Deborah O. Moore
Director
DHS Traveler Redress Inquiry Program