IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>     Plaintiff,<br><br>v.<br><br>LORETTA LYNCH, Attorney General of the United States, in her official capacity, *et al.*,<br><br>     Defendants. | Civil Action No. 3:16-CV-3495-D |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

This is to certify that other than the parties to this case, the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

        Respectfully submitted,

        JOHN R. PARKER
        United States Attorney

        /s/ Brian W. Stoltz
        Brian W. Stoltz
        Assistant United States Attorney
        Texas Bar No. 24060668
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:   214-659-8626
        Facsimile:   214-659-8807
        brian.stoltz@usdoj.gov

        Attorneys for Defendants

<u>Certificate of Service</u>

On March 6, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney