IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| GEORGE ANIBOWEI, | |
| Plaintiff, | |
| v. | Civil Action No. 3:16-CV-3495-D |
| LORETTA LYNCH, Attorney General of the United States, in her official capacity, *et al.*, | |
| Defendants. | |

## NOTICE OF MOOTNESS OF MOTION TO DISMISS ORIGINAL COMPLAINT

The defendants previously filed a motion to dismiss (Doc. 5) directed at the original complaint filed by plaintiff George Anibowei (Doc 1).  Anibowei has since filed a first amended complaint (Doc. 8).  Accordingly, the defendants' motion to dismiss directed at the original complaint would appear to be moot.  The defendants intend to file a renewed motion to dismiss directed at the first amended complaint, and anticipate doing so within 14 days of the date the first amended complaint was served (accounting for Fed. R. Civ. P. 6's extension provisions; the first amended complaint was filed and served on a weekend).

Respectfully submitted,

JOHN R. PARKER
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

Certificate of Service

On March 31, 2017, I electronically submitted the foregoing document with the

clerk of court for the U.S. District Court, Northern District of Texas, using the electronic

case filing system of the court.  I hereby certify that I have served all parties

electronically or by another manner authorized by Federal Rule of Civil Procedure

5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney