IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS

| | | |
|---|---|---|
| GEORGE ANIBOWEI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:16-CV-3495-D |
| | § | |
| LORETTA LYNCH, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(B), defendants' April 10, 2017 motion to dismiss plaintiff's first amended complaint is REFERRED to United States Magistrate Judge Irma Carrillo Ramirez for recommendation.  She may conduct a hearing if she determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion.

**SO ORDERED.**

April 11, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE