IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE ANIBOWEI,<br>   Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:16-CV-3495-D |
| LORETTA LYNCH, et al.,<br>   Defendants. | § § § | |

## ORDER

Pursuant to the *Order of Reference*, filed April 11, 2017, before the Court for recommendation is *Defendants' Motion to Dismiss Plaintiff's First Amended Complaint*, filed April 10, 2017 (doc. 13).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Monday, May 1, 2017**.  Movant may file a reply no later than **Monday, May 15, 2017**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 11th day of April, 2017.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.