IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>　　　Plaintiff,<br><br>v.<br><br>LORETTA LYNCH, Attorney General of the United States, in her official capacity, *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:16-CV-3495-D |

## **JOINT STATUS REPORT**

The parties file this joint status report pursuant to the Court's scheduling order. The parties at this time do not have a specific trial estimate length because there is a motion to dismiss pending that may affect the scope of the case and the number of parties going forward.  (The parties are separately moving to stay certain deadlines pending a ruling on that motion.)  Regarding a possible settlement, the parties discussed the prospect of a settlement at an in-person meeting around the time the motion to dismiss was filed, but were not able to reach an agreement to resolve the case.

Respectfully submitted,

| | |
|---|---|
| By: /s/George Anibowei<br>George Anibowei<br>Texas Bar No. 24036142<br>The Law Office of George Anibowei, P.C.<br>6060 N. Central Expressway, Ste. 560<br>Dallas, Texas 75206<br>Telephone No: (214) 800-3463<br>Facsimile No: (214) 800-3464<br>Email: ganibowe@yahoo.com<br><br>ATTORNEY FOR PLAINTIFF,<br>GEORGE ANIBOWEI | ERIN NEALY COX<br>United States Attorney<br><br>/s/ Brian W. Stoltz<br>Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:    214-659-8807<br>brian.stoltz@usdoj.gov<br><br>Attorneys for Defendants |

<u>Certificate of Service</u>

On March 22, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney