IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

GEORGE ANIBOWEI,

    Plaintiff,

v.

JEFFERSON B. SESSIONS, *et al.*,

    Defendants.

Civil Action No. 3:16-CV-3495-D

## **ORDER**

Before the court is the parties' Joint Motion to Stay Deadlines, filed on March 22, 2018. The Court concludes that the motion should be, and is hereby, granted. Accordingly, the March 23, 2018 deadlines for completing discovery and filing summary judgment motions are stayed.

    SO ORDERED.

    March 22, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE