IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS, *et al.*,<br><br>    Defendants. | Civil Action No. 3:16-CV-3495-D |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to local civil rule 83.12, Assistant U.S. Attorney Sarah E. Delaney is hereby substituted for Assistant U.S. Attorney Brian W. Stoltz as counsel for the defendants in this case.

>Respectfully submitted,
>
>ERIN NEALY COX
>United States Attorney
>
>/s/ Sarah E. Delaney
>Sarah E. Delaney
>Assistant United States Attorney
>Arizona Bar No. 031722
>1100 Commerce Street, Third Floor
>Dallas, Texas 75242-1699
>Telephone:   214-659-8730
>Facsimile:    214-659-8807
>sarah.delaney@usdoj.gov
>
>Attorneys for Defendants

**Notice of Substitution of Counsel – Page 1**

Certificate of Service

On August 29, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Sarah E. Delaney
Sarah E. Delaney
Assistant United States Attorney