IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI | § |
| | § |
| Plaintiff | § Civ. Act. No.: 3:16-CV-3495-D |
| | § |
| v. | § |
| | § |
| JEFFERSON B. SESSIONS, *et al.* | § |
| | § |
| Defendants | § |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE
JUDGE'S SUPPLEMENTAL FINDINGS, CONCLUSIONS,
AND RECOMMENDATION**

Plaintiff, through undersigned counsel, hereby requests an extension of time in which to file Plaintiff's Objections to the Magistrate Judge's Supplemental Findings, Conclusions and Recommendation.

Plaintiff request that the time to file Plaintiff's Objections to the Magistrate Judge's Supplemental Findings, Conclusions and Recommendation be extended to Wednesday, November 7, 2018.

This extension request is made necessary because Plaintiff's Counsel, who is a solo practitioner, has significant amount of work load on his desk, which makes it extremely difficult for Counsel to complete Plaintiff's Specific Written Objections before the current due date.

1

In light of the above and in order to prepare detailed and comprehensive written objections in this matter, Counsel seeks an extension in which to complete and submit the Plaintiff's Objections to the Magistrate Judge's Supplemental Findings, Conclusions and Recommendation.

In the interest of justice and fairness, Counsel respectfully pray that this motion is granted.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff's counsel respectfully requests that this Honorable Court grants this Motion for Extension of Time to file the Plaintiff's Objections to the Magistrate Judge's Supplemental Findings, Conclusions and Recommendation.

Respectfully submitted by:

By: */S/George Anibowei*
George Anibowei
Texas Bar No. 24036142
The Law Office of George Anibowei, P.C.
6060 N. Central Expressway, Ste. 560
Dallas, Texas 75206
Telephone No: (214) 800-3463
Facsimile No: (214) 800-3464
Email: ganibowei@gmail.com
**ATTORNEY FOR PLAINTIFF,
GEORGE ANIBOWEI**

Dated this 2nd day of November 2, 2018

**CERTIFICATE OF CONFERENCE**

This is to certify that on November 2, 2018, the undersigned plaintiff's counsel has conferred with the Defendants' counsel, Ms. Sarah E. Delaney and Defendants' counsel is not opposed the Plaintiff's Motion for Extension of Time to file Plaintiff's Objections

By: */S/George Anibowei*
George Anibowei
Texas Bar No. 24036142
The Law Office of George Anibowei, P.C.
6060 N. Central Expressway, Ste. 560
Dallas, Texas 75206
Telephone No: (214) 800-3463
Facsimile No: (214) 800-3464
Email: ganibowei@gmail.com
**ATTORNEY FOR PLAINTIFF,
GEORGE ANIBOWEI**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

### CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that on November 2, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I also certify that a copy of this document was served on all parties via the Court's electronic filing system.

Respectfully submitted,

By: */S/George Anibowei*
George Anibowei
Texas Bar No. 24036142
The Law Office of George Anibowei, P.C.
6060 N. Central Expressway, Ste. 560
Dallas, Texas 75206
Telephone No: (214) 800-3463
Facsimile No: (214) 800-3464
Email: ganibowei@gmail.com
**ATTORNEY FOR PLAINTIFF,**
**GEORGE ANIBOWEI**