# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI §<br>§<br>Plaintiff § <br>§<br>v. §<br>§<br>§<br>§<br>JEFFERSON B. SESSIONS, *et al.* §<br>§<br>Defendants § | Civ. Act. No.: 3:16-CV-3495-D |

## ORDER GRANTING
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

On November 2, 2018, the Court considered the Unopposed Motion for Extension of Time to file the Plaintiff's Objections to the Magistrate Judge's Supplemental Findings, Conclusions and Recommendation, and after reviewing the Motion, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Time to file the Plaintiff's Objections to the Magistrate Judge's Supplemental Findings, Conclusions and Recommendation is hereby extended until Wednesday, November 7, 2018.

**SIGNED** on November 2, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE