**FILED**
**January 28, 2019**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF § | |
| CIVIL LITIGATION INVOLVING § | Special Order No. 13-3 |
| THE FEDERAL GOVERNMENT § | |
| AS A PARTY § | |

## OMNIBUS MOTION FOR LIFT OF STAY

On December 28, 2018, due to the lapse of appropriations to the Department of Justice, the Court granted the government's omnibus motion for a stay of all civil cases in the Northern District in which (1) the United States is a party and (2) the attorney of record is an Assistant United States Attorney in the U.S. Attorney's Office for the Northern District of Texas (USAO-NDTX). Congress and the President approved legislation restoring the Department of Justice's appropriations on January 25, 2019, and the AUSAs in the USAO-NDTX are resuming their usual civil litigation functions.

Therefore, the United States of America moves for a lift of the stay entered by the Court on December 28, 2018, in all of the cases identified in Exhibit A to that Order and attached hereto (the "Stayed Cases"). The United States further requests that all deadlines in the Stayed Cases be extended by 34 days to account for the duration of the lapse in the USAO-NDTX's appropriations, unless otherwise directed by the United States District Judge presiding in a particular case.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ J. Scott Hogan
J. SCOTT HOGAN
Assistant United States Attorney
Chief, Civil Division
TX Bar No. 24032425
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8640
Facsimile: 214.659.8807
Email:  scott.hogan@usdoj.gov

# Exhibit A

| | |
|---|---|
| Beran, Lindsey | 1:18cv181-C Tamasoa v. Keith<br>1:18cv192-C Pruitt v. Keith<br>3:12cv4457-N Capshaw et al v. White et al<br>3:17cv898-L-BN Brown v. USA<br>3:17cv2987-D-BT Chima v. United States of America<br>3:18cv834-L-BN Yeboah v. US Immigration and Custom Enforcement<br>3:18cv2043-G-BN Severino v. Johnson<br>3:18cv2304-S-BK Bao v. Session<br>3:18cv2306-N-BT Lewis v. USA<br>3:18cv2683-G-BH Hammad v. Session<br>3:18cv3088-B-BK Malakhov v. Session<br>4:18cv920-O Rodriguez v. Wilson<br>4:18cv926-O Harden v. Wilson<br>4:18cv954-O Cox v. Wilson |
| Chapman, Beverly | 3:17cv2989-D USA v. $4,480,466.16 et al.<br>4:14cv716-Y USA v. 1984 Beechcraft King Air 300 |
| Cherry, Marti | 3:16cv2911-B-BK Rutila v. US Department of Transportation et al<br>3:17cv2639-N-BT Begay v. Leap et al<br>3:18cv526-D-BT Sterling v. United States of America<br>3:18cv2353-G-BH Barela v. Underwood et al<br>4:17cv666-O Martinez v USA<br>4:18cv306-Y Fuller v. Chao |
| Compton, Mattie | 2:17cv209-D USA v. Lyon et al |
| Coffin, Kenneth | 3:12cv4457-N Capshaw et al v. White et al<br>3:18cv774-K-BK Parson v. Hale et al<br>5:18cv89-C Delgado-Jimenez v. McAdams |
| Cruce-Haag, Ann | 1:18cv73-C Oldham v. United States Small Business Association<br>2:16cv129-D-BR Collier v. Esper et al<br>2:18cv163-D-BR Bishop v. Olsen et al<br>3:18cv1450-D Brooks v. US Department of Education<br>4:14cv1028-Y Blevins v. Bureau of Prisons Warden et al<br>5:18cv89-C Delgado-Jimenez v. McAdams<br>5:18cv95-C Le v. The United States of America<br>5:18cv165-C Frizzell v. United States of America et al |

**Omnibus Motion for Lift of Stay – Page 3**

| | |
|---|---|
| Delaney, Sarah | 3:16cv3495-D Anibowei v. Lynch et al<br>3:18cv1404-N-BT White v. Underwood<br>3:18cv2372-G Med-Cert Home Care LLC v. Azar, II et al<br>3:18cv2469-C Carter-Simmons v. United States of America<br>4:18cv497-A Nowlin v. United States of America<br>4:18cv773-A Wooderts v. United States of America |
| Guiltinan, Richard | 3:17cv3341-S Mariacher v. United States of America<br>3:18cv280-L United States of America v. Knowles<br>4:18cv735-O Keehn v. United States Postal Service et al |
| Hasday, Lisa | 3:15cv1178-K Stokes v. Johnson<br>3:17cv2482-D Cueva-Bustamante v. United States of America<br>3:17cv2701-M-BN Guillot v. Harmon et al<br>3:18cv686-C Price v. Wheeler<br>3:18cv1018-B-BH Brewer v. US Department of Justice et al<br>3:18cv1195-BK Okeayainneh v. US Department of Justice et al<br>3:18cv1349-M-BK Berk v. Executive Office of United States Attorneys<br>3:18cv1610-K Naquin v. United States of America<br>3:18cv2320-N Davidson v. US Department of Homeland Security et al<br>4:18cv614-A Johnson v. United States of America |
| Mahaffey, Clay | 3:18cv2810-N Spencer et al v. USA |
| Martin, Greg | 3:18cv1916-S USA v. $120,220 in U.S. Currency<br>3:18cv2346-B USA v. $94,995 in US Currency |
| Parker, Tami | 1:17cv177-C Hendrick Medical Center v. Hargan<br>1:18cv11-C Anson General Hospital v. Azar, II<br>2:16cv129-D-BR Collier v. Esper et al<br>4:16cv752-O-BP United States of America v. Conner<br>4:17cv516-O Dao v. Upton et al<br>4:18cv59-A Mitchem v. United States of America<br>4:18cv225-O Conner v. United States of America<br>4:18cv497-A Nowlin v. United States of America |
| Rocha, Dimitri | 3:13cv4495-B USA v. $14,245.67 in United States Currency<br>3:15cv4034-N USA v. Real Property Known as 802 CR 3375<br>3:17cv615-C USA v. 3000 Broken Bow Way,<br>3:18cv213-B USA v. $73,947.35 in United States currency<br>4:15cv806-Y USA v. $116,592 in U.S. Currency<br>4:18cv356-O USA v. Real Property Known as 2204 Park Springs Blvd.<br>7:17cv106-O USA v. One Fossilized Tyrannosaurus Bataar Skull |

| | |
|---|---|
| Stoltz, Brian | 3:17cv695-M Beltran Hernandez v. US Dept of Homeland Security et al<br>3:17cv3008-K Family Rehabilitation Inc v. Hargan et al<br>3:18cv359-S McGinty v. Azar<br>3:18cv1988-N-BT Suter v. Denton et al<br>3:18cv2941-N-BK Raney v. Dept of Agriculture<br>4:18cv311-O BNSF Railway Company v. EEOC<br>3:18cv2946-B Reich v. Berryhill |
| Theiss, Dawn | 3:17cv3299-L Murray v. United States of America<br>3:18cv437-B United States of America v. Malcolm et al<br>3:18cv2649-G-BN Redrick v. USA |
| Tindall, Mark | 2:18cv0104-D USA v. $25,865.00 in U.S. Currency<br>2:18cv155-D USA v. $10,000 in U.S. Currency<br>2:18cv186-D USA v. $114,308 in U.S. Currency<br>3:17cv2286-N USA v. $50,060 in United States Currency<br>3:18cv683-G USA v. $33,000 in US Currency<br>3:18cv725-N USA v. $20,427.00 in U.S. Currency<br>3:18cv1728-N USA v. 2017 Ford F350<br>3:18cv1869-S USA v. $77,010 in U.S. Currency<br>4:18cv326-O USA v. Sig Sauer (Sig-Arms) MPX-P Pistol et al |
| Webb, Donna | 3:18cv1230-B Reaves v. US Small Business Administration et al |
| Woodward, Amber (former) | 1:17cv39-C Vaughn v. Castaneda et al<br>3:16cv3432-D Ndom v. Duke et al<br>3:17cv3347-N-BH Davis v. Brennan et al<br>3:18cv834-L-BN Yeboah v. US Immigration and Customs Enforcement<br>3:18cv1823-K ITSERVE Alliance Inc v. Nielsen et al<br>3:18cv1912-K-BH Ogbogu v. Department of Labor et al<br>3:18cv2043-G-BN Severino v. Johnson<br>3:18cv2304-S-BK Bao v. Session<br>3:18cv2683-G-BH Hammad v. Session<br>3:18cv3258-G Rasheed v. Bierman et al<br>4:18cv488-O Trejo v. Pompeo et al<br>5:18cv95-C Le v. The United States of America |