# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>*Plaintiff*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, U.S. Secretary of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner of U.S. Customs and Border Protection, in his official capacity; RONALD D. VITIELLO, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; DAVID P. PEKOSKE, Administrator of the Transportation Security Administration, in his official capacity; WILLIAM P. BARR, Attorney General of the United States, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendants*. | Case No. 3:16-cv-03495-D |

### [PROPOSED] ORDER GRANTING
### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment or, in the Alternative, for a Preliminary Injunction. Having reviewed the papers filed in support of and in opposition to this motion and, pursuant to Federal Rule of Civil Procedure 56, it is hereby

**ORDERED** that summary judgment for Plaintiff George Anibowei on Counts I through VI of the Verified Second Amended Complaint is GRANTED. It is further

**DECLARED** that Defendants' policies and practices violate the First and Fourth Amendments by authorizing searches of travelers' electronic devices and communications absent

a warrant supported by probable cause that the devices contain contraband or evidence of a violation of criminal, immigration, or customs laws, and without particularly describing the information to be searched. It is further

**ORDERED** that Defendants must expunge all information gathered from, or copies made of, the contents of Plaintiff's electronic devices, and must certify the expungement by notice to the Court. It is further

**ORDERED** that, pursuant to the Administrative Procedure Act, 5 U.S.C. § 706, the Agency Policies described in the Verified Second Amended Complaint are VACATED. Finally, it is

**ORDERED** that Defendants are RESTRAINED AND ENJOINED from enforcing the Agency Policies described in the Verified Second Amended Complaint.

**SO ORDERED**.

DATED this _____ day of _____, 2019

_____
Hon. Sidney A. Fitzwater
United States District Judge