# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>*Plaintiff*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, U.S. Secretary of Homeland Security, in her official capacity; KEVIN K. MCALEENAN, Commissioner of U.S. Customs and Border Protection, in his official capacity; RONALD D. VITIELLO, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; DAVID P. PEKOSKE, Administrator of the Transportation Security Administration, in his official capacity; WILLIAM P. BARR, Attorney General of the United States, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendants*. | Case No.  3:16-cv-03495-D |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff George Anibowei hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order entered in this action on January 14, 2019 denying his motion for a preliminary injunction. (Docket No. 94).

Respectfully submitted,

| | |
|---|---|
| Dated:  January 15, 2020 | **ARNOLD & PORTER**<br>  **KAYE SCHOLER LLP**<br><br>By:  */s/ Andrew Tutt*<br>      Andrew Tutt (*pro hac vice*)<br>      Robert Stanton Jones (*pro hac vice*)<br>      Stephen K. Wirth (*pro hac vice*)<br>      Sam Callahan (*pro hac vice*)<br>      Graham W. White (*pro hac vice*)<br>      Jayce Lane Born (*pro hac vice*)<br>      601 Massachusetts Ave., NW<br>      Washington, DC 20001<br>      (202) 942-5000<br>      (202) 942-5999 (fax)<br>      andrew.tutt@arnoldporter.com |
| Mimi Marziani (*pro hac vice*)<br>  (State Bar No. 24091906)<br>Peter Steffensen (*pro hac vice*)<br>  (State Bar No. 24106464)<br>  TEXAS CIVIL RIGHTS PROJECT<br>  405 Main Street, Suite 716<br>  Houston, Texas 77002<br>  (832) 767-3650<br>  (832) 554-9981 (fax)<br>  mimi@texascivilrightsproject.org | Hani Mirza (State Bar No. 24083512)<br>TEXAS CIVIL RIGHTS PROJECT<br>1412 Main St., Suite 608<br>Dallas, Texas 75202<br>(972) 333-9200 ext. 171<br>(972) 957-7867 (fax)<br>hani@texascivilrightsproject.org |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

*/s/ Andrew Tutt*
Andrew Tutt
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
andrew.tutt@arnoldporter.com