IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE ANIBOWEI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:16-CV-3495-D |
| VS. | § | |
| | § | |
| CHAD WOLF, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In the parties' March 2, 2020 proposed schedules for further proceedings, they set out their respective positions concerning entry of a stay during the pendency of plaintiff's interlocutory appeal. Having considered the parties' respective positions and the four relevant factors, the court in its discretion concludes that the case should be stayed.

Accordingly, this case is stayed until the United States Court of Appeals for the Fifth Circuit issues its mandate in Appeal No. 20-10059. The clerk of court is directed to close this case for statistical purposes. Defendants' January 28, 2020 motion to dismiss plaintiff's second amended complaint is statistically closed, subject to being reopened and decided after the stay is lifted.

**SO ORDERED**.

March 5, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE