IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY *ET AL.*,<br><br>    Defendants. | Civil Action No. 3:16-CV-3495-D |

## MOTION TO WITHDRAW

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83-12, undersigned counsel hereby moves this Court for an Order allowing the withdrawal of Jayce L. Born, Sam Callahan, and Graham White as counsel for George Anibowei in this action. Messrs. Callahan and White are no longer employed by Arnold & Porter Kaye Scholer LLP, and as of May 18, 2024, Ms. Born will no longer be employed by Arnold & Porter Kaye Scholer LLP, either. George Anibowei will continue to be represented by Andrew Tutt, Robert Stanton Jones, and Stephen K. Wirth of Arnold & Porter Kaye Scholer LLP, and Kassandra Gonzalez and Travis Walker Fife of Texas Civil Rights Project, and there will therefore be no disruption to the Court's calendar or the representation of George Anibowei in this action.

Dated: May 13, 2024

                                              Respectfully submitted,

                                              */s/ Jayce L. Born*
                                              Andrew Tutt (*pro hac vice*)
                                              Robert Stanton Jones (*pro hac vice*)

Stephen K. Wirth (*pro hac vice*)
Jayce L. Born (*pro hac vice)*
Arnold & Porter Kaye Scholer LLP

601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: 202-942-5000
Fax: 202-942-5999
Email: Andrew.tutt@arnoldporter.com
           Stanton.jones@arnoldporter.com
           Stephen.wirth@arnoldporter.com
           Jayce.born@arnoldporter.com

Travis Fife
Texas Bar No. 24126956
Kassandra Gonzalez
Texas Bar No. 24116439 (pending admission *pro hac vice*)

TEXAS CIVIL RIGHTS PROJECT
1412 Main St., Suite 608
Houston, Texas 75202
Tel:  817-991-4607
Fax: 972-957-7867
travis@texascivilrightsproject.org
kassandra@texascivilrightsproject.org

Attorneys for Plaintiff George Anibowei

## **CERTIFICATE OF SERVICE**

On May 13, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jayce L. Born*
Jayce L. Born