# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br>SECRETARY, U.S. DEPARTMENT OF<br>HOMELAND SECURITY *ET AL.*,<br><br>    Defendants. | Civil Action No. 3:16-CV-3495-D |

## [PROPOSED] ORDER

Upon consideration of the motion to withdraw appearance of counsel Jayce L. Born, Sam Callahan, and Graham White for Plaintiff, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____

 

_____
Hon. Sidney A. Fitzwater
Senior United States District Judge