IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE ANIBOWEI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:16-CV-3495-D |
| | § | |
| ALEJANDRO MAYORKAS, Secretary, | § | |
| U.S. Department of Homeland | § | |
| Security, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

No later than June 18, 2024, the parties must file a joint status report that summarizes the current status of this case and states the parties' positions on whether the case should be reopened statistically and the court should request the parties' proposals for entry of a new scheduling order. The report may include any other matters that the parties wish to bring to the court's attention.

**SO ORDERED**.

May 28, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE