IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE ANIBOWEI, § § Plaintiff, § § VS. § ALEJANDRO MAYORKAS, et al., § § Defendants. § | Civil Action No. 3:16-CV-3495-D |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action against defendants is dismissed without prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas November 22, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE