# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Mar 27, 2026**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

November 19, 2025

Lyle W. Cayce
Clerk

————————

No. 24-11042

————————

GEORGE ANIBOWEI,

*Plaintiff—Appellant*,

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TROY MILLER, *Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection*; PATRICK J. LECHLEITNER, *Deputy Director and Senior Official Performing the Duties of the Director for ICE*,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-3495

————————————————————

## JUDGMENT

Before ELROD, *Chief Judge,* CLEMENT, and HAYNES, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

No. 24-11042

IT IS ORDERED and ADJUDGED that the district court's dismissal of Anibowei's complaint is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 27, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-11042   Anibowei v. Bondi
               USDC No. 3:16-CV-3495

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Lisa E. Ferrara, Deputy Clerk
        504-310-7675

cc:
    Mr. Spencer John Faber
    Mr. Travis Walker Fife
    Ms. Kassandra Gonzalez
    Mr. Dustin Wade Rynders
    Mr. Brian Walters Stoltz
    Mr. Andrew T. Tutt
    Ms. Jillian M. Williams
    Mr. Orion de Nevers